and to provide its reasoning in support of that decision.

2) The State Ethics Commission shall issue and file a disposition with the prothonotary of this Court responding to this question on or before **12:00 Noon, April 5, 2004.**

3) The cases of *In re Nomination Petition of Chris Ross, (Republican) Candidate for Representative in the General Assembly from the 158th Legislative District–Appeal of Chris Ross,* J–111–04, No. 40 MAP 2004, and *In re: The Nomination Petition of William I. Gabig, (Republican) Candidate for Representative in the General Assembly from the 199th Legislative District–Appeal of: William I. Gabig,* J–113–2004, No. 42 MAP 2004, which contain the identical issue to the above-captioned action and are also pending before this Court, are **STAYED** pending completion of this process.

4) This Court retains jurisdiction over this case.

Justice CASTILLE files a Dissenting Statement in which Messrs. Justice NIGRO and SAYLOR join.

Justice CASTILLE, dissenting.

I dissent. This Court is the ultimate arbiter of the Election Code, 25 P.S. § 2600 *et seq.,* and the Public Official and Employee Ethics Act, 65 Pa.C.S.A. § 1101 *et seq.,* and the matter is ripe for disposition. I would proceed to decide this matter immediately given the pendency of the primary election. Further, I would hold that the omission here is an amendable defect since the Statement of Financial Interest Form clearly identifies Benninghoff as an incumbent State Representative. As such, Benninghoff is salaried and that salary is of public record. Therefore, I would hold that the omission of the salary information is harmless, and therefore, an amendable defect, and I would reverse the Commonwealth Court and allow petitioner's name to stay on the primary ballot.

Messrs. Justice NIGRO and SAYLOR join this dissenting statement.

In re NOMINATION PETITION OF Kerry BENNINGHOFF, (Republican) Candidate for Representative in the General Assembly from the 171st Legislative District.

**Appeal of Kerry Benninghoff.**

Supreme Court of Pennsylvania.

Submitted March 30, 2004.

Decided April 7, 2004.

Richard P. Limburg, Dorothy M. Claeys, Lawrence J. Tabas, Philadelphia, for Kerry Benninghoff, Appellant.

Courtney Lorraine Kishel, Camp Hill, John Joseph Connelly, Harrisburg, for Paula A. Smith, Appellee.

Vincent J. Dopko, Harrisburg, for State Ethics Com'n, Participants.

Larry Boyle, for Bureau of Elections, Participants.

Before: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## ORDER

PER CURIAM.

AND NOW, this 7th day of April, 2004, the Order of the Commonwealth Court dated March 23, 2004 is **REVERSED** and Appellant, Kerry Benninghoff's name **SHALL BE PRINTED ON THE BALLOT.**

The Emergency Motion for Expedited Consideration filed in this matter is **DISMISSED AS MOOT.**

Opinion to follow.